**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00399-CV**
_____

**MATTHEW PERKINS, Appellant**

**VS.**

**MONTGOMERY CENTRAL APPRAISAL DISTRICT, Appellee**

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 18-07-09761-CV

**MEMORANDUM OPINION**

Appellant, Matthew Perkins, filed a motion to dismiss this appeal. Appellant states in his motion that the parties have settled the case. This motion appears to be voluntarily made by appellant and it was filed prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on December 9, 2020
Opinion Delivered December 10, 2020

Before McKeithen, C.J., Kreger and Johnson, JJ.